COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Rita J. Patterson v.  Landry's Seafood Inn & Oyster Bar-Kemah d/b/a
                         Babins's Seafood House

Appellate case number:   01-12-00195-CV

Trial court case number:  980841

Trial court:             Co Civil Ct at Law No 3 of Harris County

Date motion filed:       September 19, 2013

Party filing motion:     Appellant, Rita J. Patterson

     It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  __Evelyn V. Keyes_____
                         Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland,
Sharp, Massengale, Brown, and Huddle.


Date: November 26, 2013